UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRYAN MARSHALL WEST,

        Plaintiff,                             Case No. 1:23-cv-11321

v.                                               Honorable Thomas L. Ludington
                                                   United States District Judge
TAMMIE GIBSON,

                                                   Honorable Curtis Ivy, Jr.
        Defendant.                       United States Magistrate Judge
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND DISMISSING PLAINTIFF'S COMPLAINT**

      This matter is before this Court upon Magistrate Judge Curtis Ivy, Jr.'s Report and Recommendation (R&R), ECF No. 22, recommending that this Court grant Defendant's Motion for Summary Judgment on the Basis of Exhaustion, ECF No. 12.

      Although the R&R states that Parties could object to and seek review of the R&R within 14 days of service, neither Party objected. They have therefore waived their right to appeal Judge Ivy's findings. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

      Accordingly, it is **ORDERED** that Magistrate Judge Ivy's Report and Recommendation, ECF No. 22, is **ADOPTED**.

      Further, it is **ORDERED** that Defendant's Motion for Summary Judgment on the Basis of Exhaustion, ECF No. 12, is **GRANTED**.

      Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED**.

      **This is a final order and closes the above-captioned case**.

Dated: June 25, 2024                           s/Thomas L. Ludington
                                                       THOMAS L. LUDINGTON
                                                       United States District Judge